IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

| | |
|---|---|
| Date: April 24, 2008 | Probation/Pretrial: Robert Dowd |
| Secretarial Assistant: Shirley W. Dills | Interpreter: |
| Tape No.: 08-08 | |

| | |
|---|---|
| Criminal Case No.: 08-PO-00107-DLW | |
| UNITED STATES OF AMERICA, | [ ] James Candelaria, AUSA |
| | [ ] Wallace Kleindienst, AUSA |
| Plaintiff, | [x] Todd Norvell, AUSA |
| | [ ] Robert E. Mydans, AUSA |
| v. | |
| 1. JOSH LEEPER, | Counsel: Brian K. Schowalter |
| Defendant. | |

## COURTROOM MINUTES - REVIEW TERMS OF SENTENCE

Court in Session: 2:35 p.m.

Court calls case and appearances entered.

Matter coming on for hearing on Defendant's Motion for Review of terms of sentencing. Court hears statements of Bobby Yates, Linda Yates, the Defendant, and the Probation Officer and argument of counsel for the Defendant and the Government and as a result, it is;

**ORDERED:**
- That the 90 day jail sentence is still suspended, however, the Court will terminate the requirement of the Defendant's probation that he remain at Hilltop House effective today.
- Defendant's supervised probation is changed to unsupervised probation with the following special conditions:
  1. Defendant may not consume any alcohol or illegal drugs.
  2. Defendant may not have any moving traffic violations while on unsupervised probation.
  3. Defendant may not drive without a valid driver's license.
  4. Defendant shall continue in the program of testing and treatment at Pathfinder Clinic and pay for same and a copy of all testing results and reports of his progress shall be mailed to Robert Dowd, the Probation Officer.
  5. Defendant shall pay his $10.00 special assessment fee within 1 week from today.

Hearing Concluded
**Court in Recess: 2:58 p.m.**
Time: 23 Minutes

1